# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### WESTERN DIVISION

**MICHAEL WESTON, #04120-043**                      **PETITIONER**

**VERSUS**                      **CIVIL ACTION NO. 5:09-cv-165-DCB-MTP**

**BRUCE PEARSON and**
**BUREAU OF PRISONS MAIL ROOM**                      **RESPONDENTS**

## ORDER

Before the court is petitioner Weston's request for habeas corpus relief pursuant to 28 U.S.C. § 2241. Upon review of the petition [1], the court finds that more information is needed from the petitioner. Accordingly, it is hereby,

**ORDERED** that on or before November 5, 2009, petitioner shall file a written response specifically state if he has exhausted his administrative remedies through the Bureau of Prisons as set forth in 28 C.F.R. § 542 (2008). If so, petitioner shall submit with his response to this order copies of all request/appeals filed with and all responses received from the Warden, Regional Director, and Central Office Appeals.

**IT IS FURTHER ORDERED That failure to advise this court of a change of address or failure to timely comply with any order of this court may result in this cause being dismissed without further notice to the petitioner.**

THIS, the day 16th of October, 2009.

                           s/Michael T. Parker
                           UNITED STATES MAGISTRATE JUDGE