IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**MICHAEL WESTON, #04120-043**                                              **PETITIONER**

**VERSUS**                                    **CIVIL ACTION NO. 5:09-cv-165-DCB-MTP**

**BRUCE PEARSON and**
**BUREAU OF PRISONS MAIL ROOM**                                       **RESPONDENTS**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion issued this day, it is hereby,

ORDERED AND ADJUDGED that this cause be dismissed, without prejudice, for Petitioner's failure to exhaust his administrative remedies.

SO ORDERED AND ADJUDGED, this the  11th   day of January, 2010.


                                                 s/David Bramlette
                                                   UNITED STATES DISTRICT JUDGE